**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13379 |
| | § | |
| CECIL L CLARK | § | |
| STARNETTA MARIE ROBINSON-CLARK | § | |
| | § | |
| | § | |
| Debtors | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2013. The undersigned trustee was appointed on 03/31/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $3,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $81.02 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $3,418.98 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2013 and the deadline for filing government claims was 10/10/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.00, for a total compensation of $875.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.86, for total expenses of $4.86.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/01/2015                                By:    /s/ David P. Leibowitz
                                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-13379-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARI | Date Filed (f) or Converted (c): | 03/31/2013 (f) |
| For the Period Ending: | 7/1/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 10/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  12527 S Emerald Ave Chicago IL 60628 (Rental Property) | $52,000.00 | $0.00 | | $0.00 | FA |
| 2  15834 Wood Street Harvey, IL 60426 - (Debtors primary residence) | $40,000.00 | $0.00 | | $0.00 | FA |
| 3  Lodge Building 8220 S. Western Avenue, Chicago, IL 60620 | $128,400.00 | $0.00 | | $0.00 | FA |
| 4  Illiana Credit Union checking account | $500.00 | $0.00 | | $0.00 | FA |
| 5  checking account with - Suburban Bank & Trust | $100.00 | $0.00 | | $0.00 | FA |
| 6  Household goods; TV, DVD player, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | $3,000.00 | $0.00 | | $0.00 | FA |
| 7  Books, CD's, DVD's, Tapes/Records, Family Pictures | $75.00 | $0.00 | | $0.00 | FA |
| 8  Necessary wearing apparel. | $150.00 | $0.00 | | $0.00 | FA |
| 9  Earrings, watch, costume jewelry | $150.00 | $0.00 | | $0.00 | FA |
| 10  Term Life Insurance - No Cash Surrender Value. | Unknown | $0.00 | | $0.00 | FA |
| 11  Whole Life Insurance - $3,300 CSV | $7,000.00 | $3,700.00 | | $0.00 | FA |
| 12  Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | $0.00 | | $0.00 | FA |
| 13  AT&T stock | $600.00 | $0.00 | | $0.00 | FA |
| 14  ALLY Financial - 2008 Cadillac CTS with 24000 Miles | $21,475.00 | $0.00 | | $0.00 | FA |
| 15  2002 Ford Focus with 108,000 miles. | $5,241.00 | $341.00 | | $0.00 | FA |
| 16  1996 Dodge Truck | $200.00 | $0.00 | | $0.00 | FA |
| 17  13-01160 Leibowitz v. Montgomery **(u)** | $0.00 | $4,000.00 | | $3,500.00 | FA |
| 18  Property located next door to the Lodge Building 8232-34 South Western, Chicago, IL 60620--jtly held with Kenneth Neal, Sr. **(u)** | $178,000.00 | $178,000.00 | | $0.00 | FA |

**Asset Notes:** According to Title Report, Debtor has no interest in property. M. W. St. James Grand Lodge A. F. and A. M. State of Illinois

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $436,891.00 | $186,041.00 | | $3,500.00 | $0.00 |

**FORM 1**

Page No: 2

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-13379-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARI | Date Filed (f) or Converted (c): | 03/31/2013 (f) |
| For the Period Ending: | 7/1/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 10/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/21/2015 | Prepared Lakelaw's Fee Application |
| 02/26/2015 | Review Claims and Prepare TFR |
| 10/01/2014 | Review of property located at 8232-34 South Western, Chicago, IL 60620; DA filed an amended Schedule A, but did not indicate any possible liens. Called DA for explanation and additional statements related to this property. |
| 01/07/2014 | 9019 motion prepared |
| 12/03/2013 | Offer the Anthony Montgomery $3,500.00 to settle; he will see what he can do. Advised that I will need a call back soon. |
| | Anthony Montgomery 708-935-4294 |
| 11/25/2013 | Anthony Montgomery 708-935-4294 |
| 09/08/2013 | Prepared Motion to Employ and Preference Complaint for JTB review. |
| | Checking on property located on Western Avenue. |
| 09/03/2013 | Sent email to Sharon Hunt for clarification of property on Western and determine whether its free and clear |
| 06/03/2013 | The following is the name, address and phone number to the transferee: |
| | Anthony Montgomery 31450 Klemme Road Beecher, IL (708) 935-4294 |
| 04/22/2013 | BBCP offered to purchase estate's equity in 8220 South Western Chicago, IL for $12,500.00 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 12/30/2014 | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13379-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8307 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***8308 | | Account Title: | |
| For Period Beginning: | 3/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/1/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2014 | (17) | Anthony Montgomery | Payment RE: Adv. | 1241-000 | $3,500.00 | | $3,500.00 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.10 | $3,494.90 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.09 | $3,489.81 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.26 | $3,484.55 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.44 | $3,479.11 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.79 | $3,473.32 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.24 | $3,468.08 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.59 | $3,462.49 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.76 | $3,456.73 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.21 | $3,451.52 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.92 | $3,445.60 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.02 | $3,440.58 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.55 | $3,435.03 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.72 | $3,429.31 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.99 | $3,424.32 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.34 | $3,418.98 |
| | | | **TOTALS:** | | $3,500.00 | $81.02 | $3,418.98 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,500.00 | $81.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,500.00 | $81.02 | |

| For the period of 3/31/2013 to 7/1/2015 | | For the entire history of the account between 01/03/2014 to 7/1/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,500.00 | Total Compensable Receipts: | $3,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.00 | Total Comp/Non Comp Receipts: | $3,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $81.02 | Total Compensable Disbursements: | $81.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81.02 | Total Comp/Non Comp Disbursements: | $81.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit B

| Case No. | 13-13379-JSB | | Trustee Name: | David Leibowitz |
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8307 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***8308 | | Account Title: | |
| For Period Beginning: | 3/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/1/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,500.00 | $81.02 | $3,418.98 |

| **For the period of 3/31/2013 to 7/1/2015** | | **For the entire history of the case between 03/31/2013 to 7/1/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,500.00 | Total Compensable Receipts: | $3,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.00 | Total Comp/Non Comp Receipts: | $3,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $81.02 | Total Compensable Disbursements: | $81.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81.02 | Total Comp/Non Comp Disbursements: | $81.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT  Page No: 1
Exhibit C

| Case No.: | 13-13379-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | | | | | | | | Date: 7/1/2015 |
| Claims Bar Date: | 10/10/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $25.76 | $0.00 | $0.00 | $0.00 | $25.76 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $4.86 | $0.00 | $0.00 | $0.00 | $4.86 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $875.00 | $0.00 | $0.00 | $0.00 | $875.00 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| 1 | ATLAS ACQUISITIONS LLC (GENERAL ELECTRIC CAPIT)<br>294 Union St.<br>Hackensack NJ 07601 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $999.88 | $0.00 | $0.00 | $0.00 | $999.88 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City OK 73126-8941 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,658.75 | $0.00 | $0.00 | $0.00 | $2,658.75 |
| 3 | U.S. SMALL BUSINESS ADMINISTRATION<br><br>801 Tom Martin Dr., Ste. 120<br>Birmingham AL 35211-6424 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,030.93 | $0.00 | $0.00 | $0.00 | $12,030.93 |

**Claim Notes:**    (3-1) SBA Disaster Loan

| Case No. | 13-13379-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | | | | | | | | Date: 7/1/2015 |
| Claims Bar Date: | 10/10/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $812.55 | $0.00 | $0.00 | $0.00 | $812.55 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,294.89 | $0.00 | $0.00 | $0.00 | $1,294.89 |
| 6 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,104.58 | $0.00 | $0.00 | $0.00 | $1,104.58 |
| 7 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $738.08 | $0.00 | $0.00 | $0.00 | $738.08 |
| 8 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,021.69 | $0.00 | $0.00 | $0.00 | $1,021.69 |

| Case No. | 13-13379-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | | | | | | | | Date: 7/1/2015 |
| Claims Bar Date: | 10/10/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CITIBANK, N.A.<br><br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 73124-8840 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,813.35 | $0.00 | $0.00 | $0.00 | $2,813.35 |
| 10 | CAVALRY SPV I, LLC ASSIGNEE OF<br><br>HSBC Bank Nevada&#092;Household Bank<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,053.73 | $0.00 | $0.00 | $0.00 | $1,053.73 |

**Claim Notes:** (10-1) Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. &#092; Household Bank

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $811.60 | $0.00 | $0.00 | $0.00 | $811.60 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>successor to CAPITAL ONE(Union Privilege by PRA Receivables Management LLC<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,625.12 | $0.00 | $0.00 | $0.00 | $11,625.12 |
| | | | | | $39,663.77 | $0.00 | $0.00 | $0.00 | $39,663.77 |

| | | |
|---|---|---|
| **Case No.** | 13-13379-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | **Date:** 7/1/2015 |
| **Claims Bar Date:** | 10/10/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $25.76 | $25.76 | $0.00 | $0.00 | $0.00 | $25.76 |
| Attorney for Trustee Fees (Trustee Firm) | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| General Unsecured § 726(a)(2) | $14,689.68 | $14,689.68 | $0.00 | $0.00 | $0.00 | $14,689.68 |
| Payments to Unsecured Credit Card Holders | $22,275.47 | $22,275.47 | $0.00 | $0.00 | $0.00 | $22,275.47 |
| Trustee Compensation | $875.00 | $875.00 | $0.00 | $0.00 | $0.00 | $875.00 |
| Trustee Expenses | $4.86 | $4.86 | $0.00 | $0.00 | $0.00 | $4.86 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       13-13379
Case Name:      CECIL L CLARK
                STARNETTA MARIE ROBINSON-CLARK
Trustee Name:   David P. Leibowitz

Balance on hand:  $3,418.98

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $3,418.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $875.00 | $0.00 | $875.00 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |
| Lakelaw, Attorney for Trustee Fees | $1,500.00 | $0.00 | $1,500.00 |
| Lakelaw, Attorney for Trustee Expenses | $25.76 | $0.00 | $25.76 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses:  $2,698.62
Remaining balance:  $720.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $720.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $720.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,965.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capit) | $999.88 | $0.00 | $19.49 |
| 2 | American InfoSource LP as agent for | $2,658.75 | $0.00 | $51.81 |
| 3 | U.S. Small Business Administration | $12,030.93 | $0.00 | $234.45 |
| 4 | Capital One Bank (USA), N.A. | $812.55 | $0.00 | $15.83 |
| 5 | Capital One Bank (USA), N.A. | $1,294.89 | $0.00 | $25.23 |
| 6 | Capital One Bank (USA), N.A. | $1,104.58 | $0.00 | $21.53 |
| 7 | Capital One Bank (USA), N.A. | $738.08 | $0.00 | $14.38 |
| 8 | Capital One Bank (USA), N.A. | $1,021.69 | $0.00 | $19.91 |
| 9 | Citibank, N.A. | $2,813.35 | $0.00 | $54.83 |
| 10 | Cavalry SPV I, LLC assignee of | $1,053.73 | $0.00 | $20.53 |
| 11 | Capital Recovery V, LLC | $811.60 | $0.00 | $15.82 |
| 12 | Portfolio Recovery Associates, LLC | $11,625.12 | $0.00 | $226.55 |

|  | Total to be paid to timely general unsecured claims: | $720.36 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**