**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13379 |
| | § | |
| CECIL L CLARK | § | |
| STARNETTA MARIE ROBINSON- | § | |
| CLARK | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 08/04/2015, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | | |
|---|---|---|
| Date Mailed: 07/06/2015 | By: | /s/ David P. Leibowitz |
| | | Trustee |

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13379 |
| | § | |
| CECIL L CLARK | § | |
| STARNETTA MARIE ROBINSON- | § | |
| CLARK | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $3,500.00
*and approved disbursements of*     $81.02
*leaving a balance on hand of[1]:*     $3,418.98

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,418.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $875.00 | $0.00 | $875.00 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |
| Lakelaw, Attorney for Trustee Fees | $1,500.00 | $0.00 | $1,500.00 |
| Lakelaw, Attorney for Trustee Expenses | $25.76 | $0.00 | $25.76 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses:     $2,698.62
Remaining balance:     $720.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $720.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $720.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,965.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (General Electric Capit) | $999.88 | $0.00 | $19.49 |
| 2 | American InfoSource LP as agent for | $2,658.75 | $0.00 | $51.81 |
| 3 | U.S. Small Business Administration | $12,030.93 | $0.00 | $234.45 |
| 4 | Capital One Bank (USA), N.A. | $812.55 | $0.00 | $15.83 |
| 5 | Capital One Bank (USA), N.A. | $1,294.89 | $0.00 | $25.23 |
| 6 | Capital One Bank (USA), N.A. | $1,104.58 | $0.00 | $21.53 |
| 7 | Capital One Bank (USA), N.A. | $738.08 | $0.00 | $14.38 |
| 8 | Capital One Bank (USA), N.A. | $1,021.69 | $0.00 | $19.91 |
| 9 | Citibank, N.A. | $2,813.35 | $0.00 | $54.83 |
| 10 | Cavalry SPV I, LLC assignee of | $1,053.73 | $0.00 | $20.53 |
| 11 | Capital Recovery V, LLC | $811.60 | $0.00 | $15.82 |
| 12 | Portfolio Recovery Associates, LLC | $11,625.12 | $0.00 | $226.55 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $720.36 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                     Case No. 13-13379-JSB
Cecil L Clark                                                              Chapter 7
Starnetta Marie Robinson-Clark
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams               Page 1 of 2                   Date Rcvd: Jul 07, 2015
                              Form ID: pdf006               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2015.
db/jdb         +Cecil L Clark,    Starnetta Marie Robinson-Clark,    15834 Wood Street,     Harvey, IL 60426-4250
aty            David P. Leibowitz,     Lakelaw,   420 W. Clayton St.,    Waukegan, IL 60085-4216
aty           +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
20265192      +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
20265217      +ARS National Services,     Bankruptcy Department,    PO Box 463023,     Escondido, CA 92046-3023
20722552      +Atlas Acquisitions LLC  (General Electric Capit),    294 Union St.,     Hackensack, NJ 07601-4303
20265204      +CAP1/Bstby,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20265193     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     Attn: Bankruptcy Dept.,     Po Box 85520,
                 Richmond, VA 23285)
20265213      +CBE Group,    Bankruptcy Department,    131 Tower Park Dr., Ste. 900,     PO Box 900,
                 Waterloo, IA 50704-0900
20265212     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Svc/Citicard,     Bankruptcy Department,
                 PO Box 20483,    Kansas City, MO 64195)
20265188      +Capital ONE  N.A.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
20265194      +Capital One,    C/o Northland Group INC,    Po Box 390846,    Minneapolis, MN 55439-0846
20265205      +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20826834       Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
20265184      +Clerk, First Mun Div,    Doc #13M1104681,    50 W. Washington St., Rm. 1001,
                 Chicago, IL 60602-1316
20265196      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20265197      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20265186      +GMAC Mortgage,    Attn: Bankruptcy Dept.,    Po Box 4622,    Waterloo, IA 50704-4622
20265181      +HSBC/Mscpi,    Attn: Bankruptcy Dept.,    Po Box 9068,    Brandon, FL 33509-9068
20265185      +Keith Scott Schindler,     Bankruptcy Department,    1990 E. Algonquin, #180,
                 Schaumburg, IL 60173-4164
20265209      #+Kenneth Neal Sr.,    733 W. 116th St.,    Chicago, IL 60628-5209
20265216      +Midwest Emergency Assoc.,     Bankruptcy Department,    PO Box 6500,    Chicago, IL 60680-6500
22805558      +OCWEN LOAN SERVICING, LLC.,     c/o Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
20265187      +Ocwen Loan Servicing,     Bankruptcy Department,    PO Box 9001719,    Louisville, KY 40290-1719
21091482     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE(Union Privilege,    by PRA Receivables Management LLC,     POB 41067,
                 Norfolk, VA 23541)
20265202      +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
20265195      +Specialized LOAN Servi,    Attn: Bankruptcy Dept.,    8742 Lucent Blvd Ste 300,
                 Highlands Ranch, CO 80129-2386
20265203      +THD/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
20265198      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20265211      +Union Plus Credit Card,     Bankruptcy Department,    PO Box 80027,    Salinas, CA 93912-0027
20265210      +Union Plus Credit Card,     Bankruptcy Dept.,    PO Box 438,    Wood Dale, IL 60191-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20265182      +E-mail/Text: ally@ebn.phinsolutions.com Jul 08 2015 01:23:01      ALLY Financial,
                 Attn: Bankruptcy Dept.,    200 Renaissance Ctr,    Detroit, MI 48243-1300
20727558       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 01:28:01
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
20542411       E-mail/Text: bnc@atlasacq.com Jul 08 2015 01:23:08      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
21060537       E-mail/PDF: rmscedi@recoverycorp.com Jul 08 2015 01:21:12      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,     Miami FL 33131-1605
21059010      +E-mail/Text: bankruptcy@cavps.com Jul 08 2015 01:24:29      Cavalry SPV I, LLC assignee of,
                 HSBC Bank Nevada/Household Bank,    Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,
                 Valhalla, NY 10595-1340
20982613       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 01:28:01      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
20265200       E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:20:57      Gecrb/Walmart,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
20265183      +E-mail/Text: bankruptcy@cavps.com Jul 08 2015 01:24:30      HSBC BANK Nevada,
                 C/O Cavalry Portfolio SERV,    7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
20265207      +E-mail/Text: cio.bncmail@irs.gov Jul 08 2015 01:23:20      IRS Priority Debt,
                 Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20265208       E-mail/Text: camanagement@mtb.com Jul 08 2015 01:23:31      M&T Bank,
                 Bankruptcy Dept. Reaffirmation,    PO Box 1288,    Buffalo, NY 14240
20265191      +Fax: 847-227-2151 Jul 08 2015 08:36:40      MRSI,    Attn: Bankruptcy Dept.,
                 2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
20265214      +Fax: 847-227-2151 Jul 08 2015 08:36:40      Medical Recovery Specialists,
                 Bankruptcy Department,    2250 E. Devon Ave., Ste. 352,    Des Plaines, IL 60018-4521
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                  Date Rcvd: Jul 07, 2015
                               Form ID: pdf006              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20265190       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 08 2015 01:23:53      T-Mobile,   C/O Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20265219        E-mail/Text: birminghamtops@sba.gov Jul 08 2015 01:24:46      U.S. Small Business Administration,
                 801 Tom Martin Dr., Ste. 120,    Birmingham, AL 35211-6424
20265218       +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:21:20      Wal-Mart,   Bankruptcy Department,
                 PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20265199*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,   Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
20265201*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,   Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
20265206*       +Capital One,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
20265189*       +GMAC Mortgage,    Attn: Bankruptcy Dept.,   Po Box 4622,   Waterloo, IA 50704-4622
20265215       ##+South Suburban Gastro.,    Bankrpytcty Department,   17901 Governors Hwy., #208,
                 Homewood, IL 60430-1146
                                                                                        TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2015 at the address(es) listed below:
```
              Charles F Kinzer    on behalf of Debtor Cecil L Clark ndil@geracilaw.com
              Charles F Kinzer    on behalf of Joint Debtor Starnetta Marie Robinson-Clark ndil@geracilaw.com
              Christopher M Brown    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
               TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS,
               SERIES 2005-5 northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Christopher M Dyer    on behalf of Joint Debtor Starnetta Marie Robinson-Clark ndil@geracilaw.com
              Christopher M Dyer    on behalf of Debtor Cecil L Clark ndil@geracilaw.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff David P Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Juan M Villalpando    on behalf of Debtor Cecil L Clark ndil@geracilaw.com
              Juan M Villalpando    on behalf of Joint Debtor Starnetta Marie Robinson-Clark ndil@geracilaw.com
              Maria  Georgopoulos    on behalf of Creditor    OCWEN LOAN SERVICING, LLC. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC. ND-Four@il.cslegal.com
              Scott  Greenwood    on behalf of Joint Debtor Starnetta Marie Robinson-Clark ndil@geracilaw.com
              Scott  Greenwood    on behalf of Debtor Cecil L Clark ndil@geracilaw.com
              Sharon L Hunt    on behalf of Joint Debtor Starnetta Marie Robinson-Clark ndil@geracilaw.com
              Sharon L Hunt    on behalf of Debtor Cecil L Clark ndil@geracilaw.com
                                                                                              TOTAL: 17
```