**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13379 |
| | § | |
| CECIL L CLARK | § | |
| STARNETTA MARIE ROBINSON-CLARK | § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $391,516.00 | Assets Exempt: | $45,375.00 |
| Total Distributions to Claimants: | $720.36 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,779.64 | | |

3) Total gross receipts of $3,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $445,660.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,779.64 | $2,779.64 | $2,779.64 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $66,891.00 | $36,965.15 | $36,965.15 | $720.36 |
| **Total Disbursements** | $518,551.00 | $39,744.79 | $39,744.79 | $3,500.00 |

4). This case was originally filed under chapter 7 on 03/31/2013. The case was pending for 31 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2015         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 13-01160 Leibowitz v. Montgomery | 1241-000 | $3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLY Financial | 4110-000 | $24,847.00 | $0.00 | $0.00 | $0.00 |
| | GMAC Mortgage | 4110-000 | $91,595.00 | $0.00 | $0.00 | $0.00 |
| | GMAC Mortgage | 4110-000 | $39,575.00 | $0.00 | $0.00 | $0.00 |
| | HSBC/Mscpi | 4110-000 | $24,676.00 | $0.00 | $0.00 | $0.00 |
| | M&T Bank | 4110-000 | $252,841.00 | $0.00 | $0.00 | $0.00 |
| | Specialized LOAN Servi | 4110-000 | $12,126.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$445,660.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $875.00 | $875.00 | $875.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.86 | $4.86 | $4.86 |
| Green Bank | 2600-000 | NA | $81.02 | $81.02 | $81.02 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $25.76 | $25.76 | $25.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,779.64** | **$2,779.64** | **$2,779.64** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Priority Debt | 5800-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capit) | 7100-900 | $756.00 | $999.88 | $999.88 | $19.49 |
| 2 | American InfoSource LP as agent for | 7100-000 | $2,659.00 | $2,658.75 | $2,658.75 | $51.81 |
| 3 | U.S. Small Business Administration | 7100-000 | $11,939.00 | $12,030.93 | $12,030.93 | $234.45 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $812.00 | $812.55 | $812.55 | $15.83 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $0.00 | $1,294.89 | $1,294.89 | $25.23 |
| 6 | Capital One Bank (USA), N.A. | 7100-900 | $1,104.00 | $1,104.58 | $1,104.58 | $21.53 |
| 7 | Capital One Bank (USA), N.A. | 7100-900 | $0.00 | $738.08 | $738.08 | $14.38 |
| 8 | Capital One Bank (USA), N.A. | 7100-900 | $1,167.00 | $1,021.69 | $1,021.69 | $19.91 |
| 9 | Citibank, N.A. | 7100-900 | $0.00 | $2,813.35 | $2,813.35 | $54.83 |
| 10 | Cavalry SPV I, LLC assignee of | 7100-900 | $1,382.00 | $1,053.73 | $1,053.73 | $20.53 |
| 11 | Capital Recovery V, LLC | 7100-900 | $705.00 | $811.60 | $811.60 | $15.82 |
| 12 | Portfolio Recovery Associates, LLC | 7100-900 | $11,625.00 | $11,625.12 | $11,625.12 | $226.55 |
| | AMEX | 7100-000 | $81.00 | $0.00 | $0.00 | $0.00 |
| | ARS National Services | 7100-000 | $813.00 | $0.00 | $0.00 | $0.00 |
| | CAP1/Bstby | 7100-000 | $3,895.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $636.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $4,762.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital ONE | 7100-000 | $11,625.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| N.A. | | | | | |
| CBE Group | 7100-000 | $1,022.00 | $0.00 | $0.00 | $0.00 |
| Equifax | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Experian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Home Depot Credit Svc/Citicard | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
| Medical Recovery Specialists | 7100-000 | $335.00 | $0.00 | $0.00 | $0.00 |
| Midwest Emergency Assoc. | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
| MRSI | 7100-000 | $417.00 | $0.00 | $0.00 | $0.00 |
| Sears/CBNA | 7100-000 | $2,719.00 | $0.00 | $0.00 | $0.00 |
| South Suburban Gastro. | 7100-000 | $137.00 | $0.00 | $0.00 | $0.00 |
| THD/CBNA | 7100-000 | $3,232.00 | $0.00 | $0.00 | $0.00 |
| Transunion | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Union Plus Credit Card | 7100-000 | $4,763.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $66,891.00 | $36,965.15 | $36,965.15 | $720.36 |

**UST Form 101-7-TDR (10/1/2010)**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 13-13379-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARI | Date Filed (f) or Converted (c): | 03/31/2013 (f) |
| For the Period Ending: | 10/7/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 10/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 12527 S Emerald Ave Chicago IL 60628 (Rental Property) | $52,000.00 | $0.00 | | $0.00 | FA |
| 2 | 15834 Wood Street Harvey, IL 60426 - (Debtors primary residence) | $40,000.00 | $0.00 | | $0.00 | FA |
| 3 | Lodge Building 8220 S. Western Avenue, Chicago, IL 60620 | $128,400.00 | $0.00 | | $0.00 | FA |
| 4 | Illiana Credit Union checking account | $500.00 | $0.00 | | $0.00 | FA |
| 5 | checking account with - Suburban Bank & Trust | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Household goods; TV, DVD player, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | $3,000.00 | $0.00 | | $0.00 | FA |
| 7 | Books, CD's, DVD's, Tapes/Records, Family Pictures | $75.00 | $0.00 | | $0.00 | FA |
| 8 | Necessary wearing apparel. | $150.00 | $0.00 | | $0.00 | FA |
| 9 | Earrings, watch, costume jewelry | $150.00 | $0.00 | | $0.00 | FA |
| 10 | Term Life Insurance - No Cash Surrender Value. | Unknown | $0.00 | | $0.00 | FA |
| 11 | Whole Life Insurance - $3,300 CSV | $7,000.00 | $3,700.00 | | $0.00 | FA |
| 12 | Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | $0.00 | | $0.00 | FA |
| 13 | AT&T stock | $600.00 | $0.00 | | $0.00 | FA |
| 14 | ALLY Financial - 2008 Cadillac CTS with 24000 Miles | $21,475.00 | $0.00 | | $0.00 | FA |
| 15 | 2002 Ford Focus with 108,000 miles. | $5,241.00 | $341.00 | | $0.00 | FA |
| 16 | 1996 Dodge Truck | $200.00 | $0.00 | | $0.00 | FA |
| 17 | 13-01160 Leibowitz v. Montgomery (u) | $0.00 | $4,000.00 | | $3,500.00 | FA |
| 18 | Property located next door to the Lodge Building 8232-34 South Western, Chicago, IL 60620--jtly held with Kenneth Neal, Sr. (u) | $178,000.00 | $178,000.00 | | $0.00 | FA |

Asset Notes:   According to Title Report, Debtor has no interest in property.
M. W. St. James Grand Lodge A. F. and A. M. State of Illinois

**TOTALS (Excluding unknown value)**

| | $436,891.00 | $186,041.00 | | **Gross Value of Remaining Assets** | |
| | | | | $3,500.00 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-13379-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARI | | Date Filed (f) or Converted (c): | 03/31/2013 (f) |
| For the Period Ending: | 10/7/2015 | | §341(a) Meeting Date: | 05/30/2013 |
| | | | Claims Bar Date: | 10/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/06/2015 | Notice of Trustee's Final Report and Applications for Compensation Filed by Trustee David P Leibowitz ESQ (RE: 43 Final Report Asset, 44 Application for Compensation, 45 Application for Compensation). Hearing scheduled for 8/4/2015 |
| 04/21/2015 | Prepared Lakelaw's Fee Application |
| 04/20/2015 | TFR submitted to UST |
| 02/26/2015 | Review Claims and Prepare TFR |
| 10/01/2014 | Review of property located at 8232-34 South Western, Chicago, IL 60620; DA filed an amended Schedule A, but did not indicate any possible liens. Called DA for explanation and additional statements related to this property. |
| 01/07/2014 | 9019 motion prepared |
| 12/03/2013 | Offer the Anthony Montgomery $3,500.00 to settle; he will see what he can do. Advised that I will need a call back soon. Anthony Montgomery 708-935-4294 |
| 11/25/2013 | Anthony Montgomery 708-935-4294 |
| 09/08/2013 | Prepared Motion to Employ and Preference Complaint for JTB review. Checking on property located on Western Avenue. |
| 09/03/2013 | Sent email to Sharon Hunt for clarification of property on Western and determine whether its free and clear |
| 06/03/2013 | The following is the name, address and phone number to the transferee: Anthony Montgomery 31450 Klemme Road Beecher, IL (708) 935-4294 |
| 04/22/2013 | BBCP offered to purchase estate's equity in 8220 South Western Chicago, IL for $12,500.00 |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/30/2014 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-13379-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***8307 | **Checking Acct #:** ******7901 |
| **Co-Debtor Taxpayer ID #:** | **-***8308 | **Account Title:** |
| **For Period Beginning:** | 3/31/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/7/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2014 | (17) | Anthony Montgomery | Payment RE: Adv. | 1241-000 | $3,500.00 | | $3,500.00 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.10 | $3,494.90 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.09 | $3,489.81 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.26 | $3,484.55 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.44 | $3,479.11 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.79 | $3,473.32 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.24 | $3,468.08 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.59 | $3,462.49 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.76 | $3,456.73 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.21 | $3,451.52 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.92 | $3,445.60 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.02 | $3,440.58 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.55 | $3,435.03 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.72 | $3,429.31 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.99 | $3,424.32 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.34 | $3,418.98 |
| 08/04/2015 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 293.00; Amount Allowed: 293.00; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $3,125.98 |
| 08/04/2015 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 25.76; Amount Allowed: 25.76; Distribution Dividend: 100.00; | 3120-000 | | $25.76 | $3,100.22 |
| 08/04/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,500.00; Amount Allowed: 1,500.00; Distribution Dividend: 100.00; | 3110-000 | | $1,500.00 | $1,600.22 |
| 08/04/2015 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $875.00 | $725.22 |
| 08/04/2015 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.86 | $720.36 |
| 08/04/2015 | 3006 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 2,658.75; Amount Allowed: 2,658.75; Distribution Dividend: 1.95; | 7100-000 | | $51.81 | $668.55 |
| 08/04/2015 | 3007 | U.S. Small Business Administration | Claim #: 3; Amount Claimed: 12,030.93; Amount Allowed: 12,030.93; Distribution Dividend: 1.95; | 7100-000 | | $234.45 | $434.10 |
| 08/04/2015 | 3008 | Atlas Acquisitions LLC (General Electric Capit) | Claim #: 1; Amount Claimed: 999.88; Amount Allowed: 999.88; Distribution Dividend: 1.95; | 7100-900 | | $19.49 | $414.61 |
| 08/04/2015 | 3009 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 812.55; Amount Allowed: 812.55; Distribution Dividend: 1.95; | 7100-900 | | $15.83 | $398.78 |
| 08/04/2015 | 3010 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: 1,294.89; Amount Allowed: 1,294.89; Distribution Dividend: 1.95; | 7100-900 | | $25.23 | $373.55 |

**SUBTOTALS** $3,500.00  $3,126.45

Case 13-13379 Doc 51 Filed 11/04/15 Entered 11/04/15 13:57:25 Desc Main
Document Page 9 of 10

FORM 2

Page No: 2
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13379-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8307 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***8308 | | Account Title: | |
| For Period Beginning: | 3/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/04/2015 | 3011 | Capital One Bank (USA), N.A. | Claim #: 6; Amount Claimed: 1,104.58; Amount Allowed: 1,104.58; Distribution Dividend: 1.95; | 7100-900 | | $21.53 | $352.02 |
| 08/04/2015 | 3012 | Capital One Bank (USA), N.A. | Claim #: 7; Amount Claimed: 738.08; Amount Allowed: 738.08; Distribution Dividend: 1.95; | 7100-900 | | $14.38 | $337.64 |
| 08/04/2015 | 3013 | Capital One Bank (USA), N.A. | Claim #: 8; Amount Claimed: 1,021.69; Amount Allowed: 1,021.69; Distribution Dividend: 1.95; | 7100-900 | | $19.91 | $317.73 |
| 08/04/2015 | 3014 | Citibank, N.A. | Claim #: 9; Amount Claimed: 2,813.35; Amount Allowed: 2,813.35; Distribution Dividend: 1.95; | 7100-900 | | $54.83 | $262.90 |
| 08/04/2015 | 3015 | Cavalry SPV I, LLC assignee of | Claim #: 10; Amount Claimed: 1,053.73; Amount Allowed: 1,053.73; Distribution Dividend: 1.95; | 7100-900 | | $20.53 | $242.37 |
| 08/04/2015 | 3016 | Capital Recovery V, LLC | Claim #: 11; Amount Claimed: 811.60; Amount Allowed: 811.60; Distribution Dividend: 1.95; | 7100-900 | | $15.82 | $226.55 |
| 08/04/2015 | 3017 | Portfolio Recovery Associates, LLC | Claim #: 12; Amount Claimed: 11,625.12; Amount Allowed: 11,625.12; Distribution Dividend: 1.95; | 7100-900 | | $226.55 | $0.00 |
| | | | **TOTALS:** | | $3,500.00 | $3,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,500.00 | $3,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,500.00 | $3,500.00 | |

| **For the period of 3/31/2013 to 10/7/2015** | | **For the entire history of the account between 01/03/2014 to 10/7/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,500.00 | Total Compensable Receipts: | $3,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.00 | Total Comp/Non Comp Receipts: | $3,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,500.00 | Total Compensable Disbursements: | $3,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.00 | Total Comp/Non Comp Disbursements: | $3,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13379-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CLARK, CECIL L AND ROBINSON-CLARK, STARNETTA MARIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8307 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***8308 | Account Title: | |
| For Period Beginning: | 3/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,500.00 | $3,500.00 | $0.00 |

**For the period of 3/31/2013 to 10/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/31/2013 to 10/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ